# Court of Appeals
# of the State of Georgia

ATLANTA,  July 22, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1600. THE STATE v. SANDRA JEAN BALDWIN.**

Upon consideration of the State of Georgia's motion to withdraw its appeal in the current matter, it is hereby GRANTED, and this appeal is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/22/2022*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*